# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:                          In Bankruptcy:

KEITH N. LEE                               Case No. 10-54065-TJT
RUSLANA N LEE                              Chapter 7
                                           Hon. THOMAS J. TUCKER

            Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $10.35 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Rochester Cardiology Associates<br>455 S Livernois B 23<br>Rochester, MI 48307 | 1 | $4.02 |
| Barclay Sleep Center<br>895 Opdyke Rd, Ste C<br>Auburn Hills, MI 48326 | 3 | $3.43 |
| IRS<br>Cincinnati, OH 45999 | 5 | $0.08 |
| Michigan Head Pain & Neurological<br>3120 Professional Drive<br>Ann Arbor, MI 48104 | 6 | $2.82 |

                                                                                **Total: $10.35**

                                                              Respectfully Submitted,

                                                              /s/ Gene R. Kohut
                                                              21 Kercheval Avenue, Suite 285

Dated: 04/27/2011

Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]